with ten dollars costs, with leave to plaintiffs to plead over within twenty days upon payment of said costs. We reach this determination upon the ground that the complaint is vague and uncertain with regard to the rights of the parties joined, both plaintiffs and defendants; and in so far as a cause of action on contract is attempted to be stated, it seems that there are intermingled allegations tending to indicate a cause of action in tort. While this latter conclusion would not necessarily require a dismissal of the complaint, it does affect the right of the individual plaintiff to sue, as well as the right to obtain a judgment against the individual defendants. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

MUNICIPAL BANK, Respondent, v. PARKWAY WALK CONSTRUCTION CORPORATION and Others, Defendants, and WOLF GELBAND, Appellant.— Order modified by denying the motion for judgment on the pleadings and by denying the motion to strike out denials relating to paragraphs 12, 13 and 14 of the complaint, and as thus modified the order is affirmed, with ten dollars costs and disbursements to appellant. Under rule 104█ the burden of establishing that these denials were sham was upon the plaintiff. (Carmody's N. Y. Prac. § 291; *People* v. *McCumber,* 18 N. Y. 315.) These denials did not relate to matters of which defendant Gelband had personal knowledge or with respect to which he had constructive knowledge. The denials, therefore, were not presumptively false and there is no showing in the record that they were in fact false. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

NATIONAL MAYONNAISE MACHINE Co., INC., Appellant, v. SAMUEL N. HALL, Respondent.— Order vacating and setting aside judgment obtained by default affirmed, without costs. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ETHEL S. PLAINE, Respondent, v. SOL KLEIN, Appellant, and Others, Defendants.— Order denying motion to dismiss amended complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

VICTOR A. RIZZI, Respondent, v. PHILIP B. CRAIGHEAD and ALICE CRAIGHEAD, His Wife, Appellants, and THOMAS J. A. BOOTH and Others, Defendants.— Order denying motion to compel plaintiff to state and number separately what are claimed to be two causes of action in the amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

JACOB H. ROBERTS, Respondent, v. BROOKLYN ASH REMOVAL COMPANY, Appellant.— Order granting in part and denying in part defendant's motion for a bill of particulars affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ROSENWASSER BROS., INC., Respondent, v. HENRY BLYN and JACOB BLYN, Appellants. (Appeal No. 1.) — Order, as resettled, denying in part defendants' motion for a bill of particulars, affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ROSENWASSER BROS., INC., Respondent, v. HENRY BLYN and JACOB BLYN,